**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>Derek S. Webster,<br><br>              Debtor | Chapter 7<br>Case No. 18-10543 |

## ORDER FIXING COMPENSATORY SANCTION

On March 4, 2021, the Court issued an order holding the Debtor in contempt and imposing sanctions [Dkt. No. 44] (the "Contempt Order"). As a civil sanction designed to compensate the estate for losses incurred as a result of the Debtor's contempt, the Court ordered the Debtor to pay the reasonable legal fees and expenses incurred by the Trustee in connection with the Motion for Contempt [Dkt. No. 29]. This order fixes the amount of that compensatory sanction. After considering the Trustee's Statement of Legal Fees [Dkt. No. 46], the Court concludes that the amount of reasonable compensation for the fees incurred by the Trustee in connection with the Motion for Contempt total $1,782.[1] The Debtor is therefore ordered to pay the Trustee $1,782 in full on or before June 15, 2021.

Dated: March 23, 2021

                                                       Michael A. Fagone
                                                       United States Bankruptcy Judge
                                                       District of Maine

---

[1] The Trustee's Statement of Legal Fees reflects that the estate incurred fees for services in connection with the Motion for Contempt totaling $2,165.50. *See* [Dkt. No. 46]. By this order, the Court concludes that the amount of reasonable compensation for those services is the lesser amount of $1,782. The Court does not question the necessity of the services provided by the Trustee's counsel, or the amount of time spent providing those services. However, given the nature of this contested matter, all of those services could have been performed by an associate billing at the rate of $270 per hour. In determining the amount of reasonable compensation in this context, the Court utilizes the rubric provided by 11 U.S.C. 330(a)(3), and considers all relevant factors, including the nature of the services provided and the rates charged for those services.